# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1389, 14-1698

**SOUTHERN SNOW MANUFACTURING CO., INC., PARASOL FLAVORS, LLC, SIMEON, INC., PLUM STREET SNOBALLS, THEODORE EISENMANN, RAGGS SUPPLY, LP, SPECIAL T ICE CO., INC., SNOW INGREDIENTS, INC., VAN'S SNOWBALLS,**

*Plaintiffs*

**HANOVER INSURANCE COMPANY,**

*Plaintiff - Appellant*

**BANISTER & CO., INC., MILTON G. WENDLING, JR., DOTY MANAGEMENT, LLC, JULIE K. DOTY, RON ROBINSON,**

*Counterclaim Defendants*

v.

**SNOWIZARD HOLDINGS, INC., SNOWIZARD EXTRACTS, INC., SNOWIZARD SUPPLIES, INC.,**

*Defendants*

**SNOWIZARD, INC., RONALD R. SCIORTINO,**

*Defendants - Cross-Appellants*

Appeal from the United States District Court for the Eastern District of Louisiana in case no. 2:06-cv-09170-NJB-SS, 2:09-cv-3394-NJB-SS, 2:10-cv-0791-NJB-SS, 2:11-cv-1499-NJB-SS United States District Judge Nannette Jolivette Brown

## **MANDATE**

In accordance with the judgment of this Court, entered July 13, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court